■ In the Matter of the Claim of Armound Williams, Respondent, v. L & J Painting Corp. et al., Appellants. Workmen's Compensation Board,

460

Respondent.— Motion to dismiss purported notice of appeal dated March 22, 1961. Motion granted, without costs.